## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:    Sheree Joanne Arnold a/k/a            :   Chapter    13
          Sheree Joanne Smith,                  :
                Debtor(s)                       :   Case No.   13-12780-sr

### ORDER GRANTING DEBTOR'S MOTION TO MODIFY PLAN POST-CONFIRMATION

**AND NOW,** upon motion of the Debtor(s) to modify plan post-confirmation,

And, the Debtor(s) having asserted that it would be difficult to cure the delinquent plan payments and maintain payments at the level originally called for by the plan,

And, the Debtor having set forth a modified plan to cure delinquent plan payments in her Third Amended Chapter 13 Plan,

And, the Debtor(s) having certified that adequate notice of the motion was sent to the parties and that no answer or other response to the motion has been filed,

It is hereby **ORDERED** that the motion is **GRANTED**.

Date:  **August 18, 2016**

_____
HON. STEPHEN RASLAVICH
U. S. BANKRUPTCY COURT

SERVICE LIST:

Josie B. H. Pickens, Esquire
Community Legal Services, Inc.
North Philadelphia Law Center
1410 West Erie Avenue
Philadelphia, PA 19140

Frederick L. Reigle, Esquire
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Sheree J. Arnold
5555 Wheeler Street
Philadelphia, PA 19143

Pamela Elchert Thurmond, Esquire
City of Philadelphia
Law/Revenue Department, Mun. Serv. Bldg.
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102

Joshua I. Goldman, Esquire
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106