United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                         Case No. 13-12780-sr
Sheree Joanne Arnold                                                           Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JeanetteG          Page 1 of 1          Date Rcvd: Aug 18, 2016
                              Form ID: pdf900         Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2016.
db             +Sheree Joanne Arnold,    5555 Wheeler Street,    Philadelphia, PA 19143-6145

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Aug 19 2016 01:42:53      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 19 2016 01:42:30
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 19 2016 01:42:45      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: bankruptcy@phila.gov Aug 19 2016 01:42:53      City of Philadelphia,
                 Law Revenue Department,    c/o Aaron Shotland, Esquire,    1401 JFK Boulevard,
                 5th Floor, Municipal Services Building,    Philadelphia, PA  19102
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2016                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2016 at the address(es) listed below:
              DEVON E. SANDERS    on behalf of Debtor Sheree Joanne Arnold dsanders@clsphila.org
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSIE B H PICKENS    on behalf of Debtor Sheree Joanne Arnold jpickens@clsphila.org,
               jhyman@clsphila.org
              MARISSA M. O'CONNELL    on behalf of Creditor    City of Philadelphia marissa.o'connell@phila.gov,
               James.Feighan@phila.gov
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               james.feighan@phila.gov
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SALVATORE  CAROLLO    on behalf of Creditor    Midland Mortgage Company ldoyle@udren.com,
               cblack@udren.com
              SHERRI J. BRAUNSTEIN    on behalf of Creditor    Midland Mortgage Company sbraunstein@udren.com,
               vbarber@udren.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Sheree Joanne Arnold a/k/a          :   Chapter    13
         Sheree Joanne Smith,                :
              Debtor(s)                      :   Case No.   13-12780-sr

### ORDER GRANTING DEBTOR'S MOTION TO MODIFY PLAN POST-CONFIRMATION

**AND NOW,** upon motion of the Debtor(s) to modify plan post-confirmation,

And, the Debtor(s) having asserted that it would be difficult to cure the delinquent plan payments and maintain payments at the level originally called for by the plan,

And, the Debtor having set forth a modified plan to cure delinquent plan payments in her Third Amended Chapter 13 Plan,

And, the Debtor(s) having certified that adequate notice of the motion was sent to the parties and that no answer or other response to the motion has been filed,

It is hereby **ORDERED** that the motion is **GRANTED**.

Date: **August 18, 2016**

_____
HON. STEPHEN RASLAVICH
U. S. BANKRUPTCY COURT

SERVICE LIST:

Josie B. H. Pickens, Esquire
Community Legal Services, Inc.
North Philadelphia Law Center
1410 West Erie Avenue
Philadelphia, PA 19140

Frederick L. Reigle, Esquire
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Sheree J. Arnold
5555 Wheeler Street
Philadelphia, PA 19143

Pamela Elchert Thurmond, Esquire
City of Philadelphia
Law/Revenue Department, Mun. Serv. Bldg.
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102

Joshua I. Goldman, Esquire
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106