

# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania

**NOTICE OF CREDITOR ADDRESS CHANGE**

| | | |
|---|---|---|
| Debtor(s): | Sheree Joanne Arnold | Case No: 13-12780 |
| | | Chapter:    13 |

Creditor:             U.S. Department of HUD (13020929) (cr)

Old Address:      c/o Deval LLC
1255 Corporate Drive, #300
Irving, TX 75038

New Notice
Address:            U.S. Department of HUD
451 7th Street S.W.
Washington, DC 20410

New Payment
Address:            U.S. Department of HUD
2401 N.W. 23rd Street, Suite 1A1
Oklahoma City, OK 73107

Telephone No:    (877) 622-8525

Creditor's Authorized Agent

 /s/ Angelica Sanchez   10/24/2016
Signature                              Date

Print Name:    Angelica Sanchez
Title:              Bankruptcy Specialist
Email:            bankruptcy@novadconsulting.com