United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 13-12780-jkf
Sheree Joanne Arnold                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: JEGilmore          Page 1 of 2         Date Rcvd: Sep 14, 2018
                             Form ID: 138NEW          Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2018.
```
db         +Sheree Joanne Arnold,   5555 Wheeler Street,    Philadelphia, PA 19143-6145
cr         +U.S. Department of HUD c/o Deval LLC,    1255 Corporate Drive, #300,    Irving, TX 75038-2585
13008762   +Comcast,   PO Box 3005,    Southeastern, PA 19398-3005
13008787   +I.C. System, Inc.,    444 Highway 96 East,    Saint Paul, MN 55127-2557
13008788   +Merchants Credit Guide,    223 W Jackson Avenue Ste. 410,   Chicago, IL 60606-6914
13071973   +MidFirst Bank,   999 NW Grand Blvd,   Oklahoma City, OK 73118-6051
13008789   +Midland Mortgage,    PO Box 268806,   Oklahoma City, OK 73126-8806
13008792   +Philadelphia Gas Works,    800 West Montgomery Avenue,    Philadelphia, PA 19122-2898
13008795   +Thomas Jefferson University Hospital,    170 S. Independence Square West,
             The Curtis Center, 9th Floor,    Philadelphia, PA 19106-3323
13020929  +++U.S. Department of HUD,    451 7th Street S.W.,   Washington, DC 20410-0001
13812995   +U.S. Department of HUD,    2401 N.W. 23rd Street, Suite 1A1,    Oklahoma City, OK 73107-2448
13446486   +U.S. Department of HUD,    c/o Novad Management Consulting, LLC,    Shepherd's Mall,
             2401 N.W. 23rd Street, Suite 1A,    Oklahoma City, OK 73107-2423
13008784  ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Elan Financial Services,    PO Box 108,    Saint Louis, MO 63166)
13008797   +US Department of Housing and Urban Devel,    451 Seventh Street, SW,    Washington, DC 20410-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: megan.harper@phila.gov Sep 15 2018 02:59:05    City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 15 2018 02:58:00
             Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 15 2018 02:58:26    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          E-mail/Text: megan.harper@phila.gov Sep 15 2018 02:59:05    City of Philadelphia,
             Law Revenue Department,   c/o Aaron Shotland, Esquire,   1401 JFK Boulevard,
             5th Floor, Municipal Services Building,    Philadelphia, PA  19102
13008760   +E-mail/Text: bankruptcy@sccompanies.com Sep 15 2018 02:59:38    Ashro,   3650 Milwaukee Street,
             Madison, WI 53714-2304
13075185   +E-mail/Text: bankruptcy@sccompanies.com Sep 15 2018 02:59:38    Ashro Lifestyle,
             c/o Creditors Bankruptcy Service,    P.O. Box 740933,   Dallas, TX 75374-0933
13100630   +E-mail/Text: megan.harper@phila.gov Sep 15 2018 02:59:05
             CITY OF PHILADELPHIA, LAW DEPARTMENT    TAX UNIT,   ONE PARKWAY BUILDING  BANKRUPTCY GROUP,
             1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13008761   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 15 2018 03:00:07    Capital One Bank,
             PO Box 30285,    Salt Lake City, UT 84130-0285
13081950   +E-mail/Text: bankruptcy@cavps.com Sep 15 2018 02:58:22    Cavalry Portfolio Services,
             500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2322
13008763   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 15 2018 02:57:20    Comenity Bank,
             PO Box 182789,    Columbus, OH 43218-2789
13008783   +E-mail/Text: Bankruptcy.Consumer@dish.com Sep 15 2018 02:58:04    Dish,   DEPT 0063,
             Palatine, IL 60055-0001
13080122    E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 15 2018 02:58:17    Jefferson Capital Systems LLC,
             PO BOX 7999,    SAINT CLOUD MN 56302-9617
13130688    E-mail/PDF: resurgentbknotifications@resurgent.com Sep 15 2018 03:00:46
             LVNV Funding, LLC its successors and assigns as,    assignee of Providian National Bank,
             Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13130690    E-mail/PDF: resurgentbknotifications@resurgent.com Sep 15 2018 03:01:20
             LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
             LLC,   Resurgent Capital Services,   PO Box 10587,    Greenville, SC 29603-0587
13008790   +E-mail/Text: bankruptcy@sccompanies.com Sep 15 2018 02:59:38    Midnight Velvet,
             1112 7th Avenue,   Monroe, WI 53566-1364
13075186   +E-mail/Text: bankruptcy@sccompanies.com Sep 15 2018 02:59:38    Midnight Velvet,
             c/o Creditors Bankruptcy Service,    P.O. Box 740933,   Dallas, TX 75374-0933
13008791   +E-mail/Text: bankruptcygroup@peco-energy.com Sep 15 2018 02:57:17    PECO Energy Company,
             2301 Market Street,   Philadelphia, PA 19103-1380
13008794    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 15 2018 03:01:15
             Portfolio Recovery Associates,   120 Corporate Blvd. Ste. 100,    Norfolk, VA 23502
13021786    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 15 2018 03:01:15
             Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13049914    E-mail/Text: ebn@vativrecovery.com Sep 15 2018 02:57:16    Palisades Collection, LLC,
             Vativ Recovery Solutions LLC, dba SMC,   As Agent For Palisades Collection, LLC,
             PO Box 40728,    Houston TX 77240-0728
13051259    E-mail/Text: bnc-quantum@quantum3group.com Sep 15 2018 02:57:23
             Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,    Kirkland, WA  98083-0788
13077944    E-mail/Text: bnc-quantum@quantum3group.com Sep 15 2018 02:57:23
             Quantum3 Group LLC as agent for,   Galaxy Asset Purchasing LLC,    PO Box 788,
             Kirkland, WA  98083-0788
13008798   +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 15 2018 02:57:06
             Verizon,   500 Technology Drive, Suite 550,   Saint Charles, MO 63304-2225
                                                                                             TOTAL: 23
```

```
District/off: 0313-2          User: JEGilmore              Page 2 of 2              Date Rcvd: Sep 14, 2018
                              Form ID: 138NEW              Total Noticed: 37

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13008764        Conestoga Bank,   213 W Street Road,   Feasterville Trevos
13008786        Hospital of the University of Penn,   1500 Market Street UM 600,   Philadelphia,
13008793*      ++CITY OF PHILA SCHOOL DISTRICT OF PHILA,   MUNICIPAL SERVICES BUILDING,
                 1401 JOHN F KENNEDY BLVD 5TH FLOOR,   PHILADELPHIA PA 19102-1617
                (address filed with court: Philadelphia Water Department,   1401 JFK Boulevard,
                 Philadelphia, PA 19102)
13008785       ##+Greater Phila. Health Action Inc.,   432 North 6th Street,   Philadelphia, PA 19123-4004
13023528       ##+Rjm Acquisitions Funding Llc,   575 Underhill Blvd, Suite 224,   Syosset, NY 11791-3416
                                                                                            TOTALS: 2, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2018 at the address(es) listed below:
          DEVON E. SANDERS    on behalf of Debtor Sheree Joanne Arnold dsanders@clsphila.org
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JOSIE B H PICKENS    on behalf of Debtor Sheree Joanne Arnold jpickens@clsphila.org,
           jhyman@clsphila.org
          KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
          MARISSA M. O'CONNELL    on behalf of Creditor    City of Philadelphia marissa.o'connell@phila.gov,
           James.Feighan@phila.gov
          PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
           karena.blaylock@phila.gov
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          SALVATORE CAROLLO    on behalf of Creditor    Midland Mortgage Company ldoyle@udren.com,
           cblack@udren.com
          SHERRI J. Smith    on behalf of Creditor    Midland Mortgage Company
           sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com
          THOMAS I. PULEO    on behalf of Creditor    MIDFIRST BANK tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 12
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Sheree Joanne Arnold
        Debtor(s)                                            Bankruptcy No: 13−12780−jkf
                                                                             Chapter: 13

_____

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

    2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

within 30 days from the date of this notice.

    3. In the absence of any objection, the Court may enter the Order of Discharge.

                                                                              For The Court

                                                                              Timothy B. McGrath
                                                                              Clerk of Court

Dated: 9/14/18